UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND M. WYLIE AND<br>CYNTHIA WYLIE | CIVIL ACTION |
| VERSUS | NUMBER: 11-2312 |
| THE BANK OF NEW YORK MELLON f/k/a<br>THE BANK OF NEW YORK, AS TRUSTEE<br>FOR THE CERTIFICATE HOLDERS CWABS, INC.,<br>ASSET-BACKED CERTIFICATES, SERIES 2006-12 | SECTION: "G" |

## JUDGMENT

In accordance with the Court's written Order and Reasons[1] entered on March 6, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-12, and against plaintiffs Raymond M. Wylie and Cynthia Wylie, dismissing plaintiffs' claims without prejudice.

New Orleans, Louisiana, this __9th__ day of March, 2012.

*Nannette Jolivette Brown*
Nannette Jolivette Brown
United States District Judge

---

[1] Rec Doc. 18.